UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUSTIN A. SAFRANEK,

                    Plaintiff,

      v.

HON. CHRISTINE E. WORMUTH, in her official capacity as Secretary of the Army and LTG STEVEN W. GILLAND, in his official capacity as Superintendent of the United States Military Academy at West Point,

                    Defendants.

23-CV-05985 (PMH)

**STIPULATION AND ORDER OF VOLUNTARY REMAND**

WHEREAS, on July 12, 2023, Plaintiff Austin A. Safranek ("Plaintiff") filed a complaint (the "Complaint," ECF No.1) commencing the above-captioned action (the "Action") against Defendants Christine E. Wormuth, in her official capacity as Secretary of the Army, and Lt. Gen. Steven W. Gilland, in his official capacity as Superintendent of the U.S. Military Academy at West Point ("Defendants"), pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701, *et seq*.

WHEREAS, in this Action, Plaintiff seeks judicial review of a decision by the Army Board for Correction of Military Records ("ABCMR") denying his application for correction of military records, and he requests a remand of the matter back to the ABCMR with instructions to consider and issue a reasoned and substantive determination with respect to Plaintiff's claims in his Complaint; and

WHEREAS, the parties agree that voluntary remand of this matter to the ABCMR and a stay of proceedings in this Action is warranted to allow the ABCMR to review and reconsider Plaintiff's request to correct his military records and other relief;

1

IT IS HEREBY STIPULATED AND ORDERED:

1.  This matter will be voluntarily remanded to the ABCMR, which will review and reconsider Plaintiff's request to correct his military records and other requested relief.

2.  On remand, the ABCMR will review and reconsider the Claims raised by Plaintiff in his Complaint, including those issues specifically set forth in his First Claim at Paragraphs 102 through 117 of the Complaint.

3.  Within 180 days after this Stipulation and Order is so-ordered by the Court, the ABCMR will render its new decision, including an explanation for the rationale for its decision with respect to each of the issues raised by Plaintiff in his First Claim. The parties may extend this deadline by agreement, subject to approval of the Court.

4.  Within 30 days after the ABCMR provides Plaintiff, by its counsel, its new decision, the parties will file a joint status report providing their recommendations to the Court for how this Action should proceed.

5.  ~~This Action will be stayed until such time as the Court orders otherwise.~~
   The Clerk of Court is respectfully directed to close this case, without prejudice to either party moving to reopen the case within 30 days of the ABCMR issuing a new decision.

6.  Nothing herein shall affect Plaintiff's right to seek attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in this Action.

Dated: New York, New York
September 14, 2023

        LYNN OCCHIPINTI, LLP
        *Attorney for Plaintiff*

BY: *Edward G. Williams*
        EDWARD G. WILLIAMS, ESQ.
        90 Broad Street, 10th Floor
        New York, New York 10004
        Tel: (212) 239-5500
        Cell: (917) 873-3075
        egwilliams@lynnocch.com

Dated: New York, New York
September 14, 2023

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

BY: _____
        DAVID E. FARBER
        Assistant United States Attorney
        86 Chambers St., 3rd Floor
        New York, New York 10007
        Tel: (212) 637-2772
        david.farber@usdoj.gov

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       October 2, 2023