

*Attorneys and Counselors at Law*

90 Broad Street, 10th Floor
New York, NY 10004
(212) 239-5500
www.lynnocch.com

May 13, 2024

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

<u>*Re: Safranek v. Wormuth, et al.*</u>**, No. 23 Civ. 5985 (PMH) (JCM)**

Dear Judge Halpern:

Our Firm represents Plaintiff Austin Safranek, a former West Point Cadet, in the above-referenced matter.

This letter is to respectfully request that Your Honor refer this matter to Magistrate Judge McCarthy for settlement purposes in connection with the amount of attorney fees and costs to be paid to Plaintiff by the Government.

As Your Honor may recall, Mr. Safranek filed an action under the APA seeking judicial review of an adverse determination by the Army Board for the Correction of Military Records concerning his separation from the Academy and subsequent discharge from the military. The matter was remanded by Your Honor back to the ABCMR on consent of the parties, with instructions by the Court, for a new determination by the ABCMR. Plaintiff prevailed in the new determination by the ABCMR and this Court closed this matter, subject to it being reopened upon application of the parties in connection with the issue regarding the amount of money to be recovered by Plaintiff as the prevailing party in this action against the Government.

After first setting a date of May 3, 2024, by which the case may be re-opened on the issue of the award of attorney's fees (ECF-18), Your Honor extended the deadline at the request of counsel for the parties, to June 4, 2024. (ECF-20). The parties, through counsel, have been discussing the attorney fees issue. However, we now find ourselves at a point where I believe we could well benefit from a referral to Magistrate Judge McCarthy where good-faith settlement discussions could result in an amicable resolution of this issue and not require us to burden the Court to decide this issue by formal application pursuant to the EAJA.

*New York        New Jersey*

Hon. Philip M. Halpern
May 13, 2024
Page 2 of 2

    Accordingly, I respectfully request that the Court refer this matter to Magistrate Judge McCarthy for a settlement conference to take place on such date(s) as the Magistrate Judge's calendar permits. AUSA David E. Farber, representing the Army, has advised me that he does not share my optimism that a referral to Magistrate Judge McCarthy would result in an amicable resolution of this fee issue.

    Respectfully submitted,

By: /s/ *Edward G. Williams*
Edward G. Williams, Esq.
Of Counsel
LYNN OCCHIPINTI, LLP
90 Broad Street, 10th Fl
New York, NY 10004
Cell: (917) 873-3075
egwilliams@lynnocch.com
*Attorneys for Plaintiff*

Cc: Hon. Damian Williams
    US Attorney for the Southern District of New York
    Attn: David E. Farber, Esq.
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2772
    david.farber@usdoj.gov
    *Attorney for Government*