UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUSTIN A. SAFRANEK,

                        Plaintiff,

          v.

HON. CHRISTINE E. WORMUTH, in her official capacity as Secretary of the Army and LTG STEVEN W. GILLAND, in his official capacity as Superintendent of the United States Military Academy at West Point,

                        Defendants.

23 Civ. 5985 (JCM)

**STIPULATION AND ORDER OF DISMISSAL**

---

       WHEREAS, on July 12, 2023, Plaintiff Austin A. Safranek ("Plaintiff") filed a complaint commencing the above-captioned action (the "Action") against Defendants Christine E. Wormuth, in her official capacity as Secretary of the Army, and Lt. Gen. Steven W. Gilland, in his official capacity as Superintendent of the U.S. Military Academy at West Point ("Defendants"), seeking judicial review of a decision by the Army Board for Correction of Military Records ("ABCMR") denying his application for correction of military records;

       WHEREAS, on October 2, 2023, this matter was voluntarily remanded to the ABCMR, *see* ECF No. 16; and

       WHEREAS, on March 4, 2024, the ABCMR issued its decision on remand, granting Plaintiff the relief he sought in this Action;

       IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Action is dismissed with prejudice; provided, that the Court shall retain jurisdiction to adjudicate any application by Plaintiff for attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

| | |
|---|---|
| Dated: New York, New York<br>May 29, 2024<br><br>LYNN OCCHIPINTI, LLP<br>*Attorney for Plaintiff*<br><br><br>BY: *Edward G. Williams*<br>EDWARD G. WILLIAMS, ESQ.<br>90 Broad Street, 10th Floor<br>New York, New York 10004<br>Tel: (212) 239-5500<br>Cell: (917) 873-3075<br>egwilliams@lynnocch.com | Dated: New York, New York<br>May 29, 2024<br><br>DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York<br>*Attorney for Defendants*<br><br>BY: [signature]<br>DAVID E. FARBER<br>Assistant United States Attorney<br>86 Chambers St., 3rd Floor<br>New York, New York 10007<br>Tel: (212) 637-2772<br>david.farber@usdoj.gov |

**SO ORDERED:**

_____
HON. JUDITH M. MCCARTHY, U.S.M.J.