UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUSTIN A. SAFRANEK,<br><br>         Plaintiff,<br><br>    v.<br><br>HON. CHRISTINE E. WORMUTH, in her official capacity as Secretary of the Army and LTG STEVEN W. GILLAND, in his official capacity as Superintendent of the United States Military Academy at West Point,<br><br>         Defendants. | 23 Civ. 5985 (JCM)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

  WHEREAS, on July 12, 2023, Plaintiff Austin A. Safranek ("Plaintiff") filed a complaint commencing the above-captioned action (the "Action") against Defendants Christine E. Wormuth, in her official capacity as Secretary of the Army, and Lt. Gen. Steven W. Gilland, in his official capacity as Superintendent of the U.S. Military Academy at West Point ("Defendants"), seeking judicial review of a decision by the Army Board for Correction of Military Records ("ABCMR") denying his application for correction of military records;

  WHEREAS, on October 2, 2023, this matter was voluntarily remanded to the ABCMR, *see* ECF No. 16; and

  WHEREAS, on March 4, 2024, the ABCMR issued its decision on remand, granting Plaintiff the relief he sought in this Action;

  IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that:

1

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Action is dismissed with prejudice; provided, that the Court shall retain jurisdiction to adjudicate any application by Plaintiff for attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: New York, New York
       May 29, 2024

      LYNN OCCHIPINTI, LLP
      *Attorney for Plaintiff*

BY: *Edward G. Williams*
      EDWARD G. WILLIAMS, ESQ.
      90 Broad Street, 10th Floor
      New York, New York 10004
      Tel: (212) 239-5500
      Cell: (917) 873-3075
      egwilliams@lynnocch.com

Dated: New York, New York
       May 29, 2024

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York
      *Attorney for Defendants*

BY: [signature]
      DAVID E. FARBER
      Assistant United States Attorney
      86 Chambers St., 3rd Floor
      New York, New York 10007
      Tel: (212) 637-2772
      david.farber@usdoj.gov

**SO ORDERED:**

*Judith C. McCarthy*
HON. JUDITH M. McCARTHY, U.S.M.J.

5-29-2024